Sameena S. Majeed, Chief
Megan K. Whyte De Vasquez, Acting Deputy Chief
Noah Sacks, Trial Attorney
United States Department of Justice
4 Constitution Square
150 M St., NE Suite 800
Washington, DC 20530
Tel: (202) 305-1901
Fax: (202) 514-1116
noah.sacks@usdoj.gov

Christopher Chiou, United States Attorney
Holly A. Vance, Assistant United States Attorney
400 South Virginia St., Suite 900
Reno, Nevada 89501
Tel: (775) 784-5438
Fax: (775) 784-5181
holly.a.vance@usdoj.gov

Attorneys for Plaintiff United States of America

**United States District Court**

**District of Nevada**

| | |
|---|---|
| United States of America<br><br>Plaintiff<br><br>v.<br><br>Las Vegas Jaycees Senior Citizens Mobile Home Community, Newport Pacific Family of Companies and Sherry Polley-Tompkins<br><br>Defendants | Case No.: 2:20-cv-01809-JCM-BNW<br><br>**Joint Stipulation to Stay Proceedings** |

Pursuant to Federal Rule of Civil Procedure 16, Local Rule of Civil Procedure 7-1, and this Court's January 12, 2021 Scheduling Order, Plaintiff United States of America and Defendants Las

Joint Stipulation to Stay Proceedings - 1

Vegas Jaycees Senior Citizens Mobile Home Community, Newport Pacific Capital Company, Inc. and Sherry Polley-Tompkins ("Defendants") (collectively, the "Parties") respectfully request this Court to enter a stay of all proceedings and deadlines, including the discovery deadline, until August 31, 2021, in order to allow the Parties to continue to focus on settling the case. There is good cause to grant the requested stay.

In support of this joint motion, the Parties submit:

1) This case was filed on September 29, 2020. On January 12, 2021, the Court entered a scheduling order, which provided for, among other things, a discovery period ending on July 23, 2021. *See* Dkt. No. 14. Since that time, the Parties have engaged in discovery.

2) Recently, the Parties have engaged in settlement discussions. Currently, the Parties are close to reaching a settlement that will resolve all claims.

3) Because the Parties are close to an agreement on settlement, they have agreed to stay discovery and the other deadlines in the case to focus on settlement and conserve the Court's and the Parties' resources.

4) Courts have broad discretion to stay proceedings for a limited time. *See Landis v. N. Am. Co.*, 299 U.S. 248, 254-55 (1936); *Dependable Highway Exp., Inc. v. Navigators Ins. Co.*, 498 F.3d 1059, 1066 (9th Cir. 2007); *Bank of Am., N.A. v. One Queensridge Place Homeowners' Ass'n, Inc.*, No. 213CV01221GMNNJK, 2016 WL 5745129, at *1 (D. Nev. Aug. 29, 2016); *see also Coker v. Dowd*, No. 2:13-CV-0994-JCM-NJK, 2013 WL 12216682, at *1 (D. Nev. July 8, 2013) (granting 60-day stay of scheduling order deadlines to "facilitate ongoing settlement negotiations"); Fed. R. Civ. P. 16(b)(4) (a scheduling order may be modified for good cause and with the Court's consent).

5) This stipulation is filed in good faith and not for the purpose of delay.

6) The Parties have not previously requested a stay from the Court.

Joint Stipulation to Stay Proceedings - 2

7) Because a trial date has not been set, a stay will not interfere with the Court's trial calendar or prejudice the Parties.

8) If the matter is not concluded by August 31, 2021, the Parties will file a notice with the Court apprising it of the status of settlement discussions or seeking to lift the stay.

For the above reasons, the Parties respectfully request this Court stay the proceedings and deadlines in this matter until August 31, 2021.

Dated: July 15, 2021

| | |
|---|---|
| CHRISTOPHER CHIOU<br>Acting United States Attorney | SAMEENA S. MAJEED<br>Chief<br>Housing and Civil Enforcement Section<br><br>  /s/ Noah D. Sacks                          |
| HOLLY A. VANCE<br>Assistant United States Attorney<br>United States Attorney's Office<br>400 South Virginia St., Suite 900<br>Reno, Nevada 89501<br>Tel: (775) 784-5438<br>Fax: (775) 784-5181 | MEGAN K. WHYTE DE VASQUEZ<br>Acting Deputy Chief<br>NOAH D. SACKS<br>Trial Attorney<br>Housing and Civil Enforcement Section<br>Civil Rights Division<br>U.S. Department of Justice<br>4 Constitution Square<br>150 M St., NE Suite 800<br>Washington, DC 20530<br>Tel: (202) 305-1901<br>Fax: (202) 514-1116<br>noah.sacks@usdoj.gov<br><br>Attorneys for Plaintiff<br>United States for America |

Joint Stipulation to Stay Proceedings - 3

| | | |
|---|---|---|
| Dated: July 15, 2021 | | KroescheSchindler LLP |
| | By: | /s/ Lindley P. Fraley |
| | | Eric J. Schindler (pro hac vice) |
| | | Lindley P. Fraley (pro hac vice) |
| | | Attorneys for Defendants Las Vegas Jaycees Senior Citizens Mobile Home Community Corporation, Newport Pacific Capital Company, Inc., and Sherry Polley-Tompkins |

| | | |
|---|---|---|
| Dated: July 15, 2021 | | Payne & Fears LLP |
| | By: | /s/ Sarah J. Odia |
| | | Sarah J. Odia |
| | | Attorneys for Defendants Las Vegas Jaycees Senior Citizens Mobile Home Community Corporation, Newport Pacific Capital Company, Inc., and Sherry Polley-Tompkins |

**IT IS SO ORDERED.**

Dated: July 20, 2021

JAMES C. MAHAN
United States District Judge

Joint Stipulation to Stay Proceedings - 4

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2021, I served a copy of the foregoing document entitled Joint Stipulation to Stay Proceedings to the counsel for all parties via ECF.

By:    s/ *Noah Sacks*
       Noah Sacks

Joint Stipulation to Stay Proceedings - 5